TODD BLANCHE
Attorney General of the United States
RICHARD ANTHONY LOPEZ
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel: (702) 388-6336 / Fax: (702) 388-6418
tony.lopez@usdoj.gov

*Attorneys for the United States*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

UNITED STATES OF AMERICA,

Plaintiff

v.

STEPHEN DUBIN, M.D.,

Defendant

Case No. 2:26-cr-00166-CDS-BNW

**Order Granting Plaintiff's Motion for Government Attorney Appearance Under Local Rule IA 11-3**

[ECF No. 11]

The United States of America, by and through Assistant U.S. Attorney Richard Anthony Lopez, Deputy Chief, Criminal Division, respectfully moves, pursuant to Local Rule IA 11-3, that Christopher Wenger, Trial Attorney with the United States Department of Justice, Criminal Division, Fraud Section, be permitted to appear before this Court in the above-captioned case.

Mr. Wenger is a member of good standing in the bars of Massachusetts, New York, and Washington, D.C. He is employed by the United States as an attorney, and, in the course and scope of his employment, he has occasion to appear before the Court on behalf of the United States in connection with the above-captioned matter.

/ / /

/ / /

Contact information for Mr. Wenger is provided below:

Christopher Wenger
Trial Attorney
U.S. Department of Justice
Criminal Division
1400 New York Ave NW
Washington, D.C. 20005
Tel: 202-445-9670
Email: Christopher.Wenger@usdoj.gov

Dated: August 17th, 2026.

Respectfully submitted,

*/s/ Richard Anthony Lopez*
RICHARD ANTHONY LOPEZ
Assistant United States Attorney
Deputy Chief, Criminal Division

IT IS SO ORDERED:

HONORABLE CRISTINA D. SILVA
UNITED STATES DISTRICT JUDGE

Dated: August 18, 2026