TODD BLANCHE
Attorney General
SIGAL CHATTAH
First Assistant United States Attorney
District of Nevada
Nevada Bar No. 8264
JESSICA OLIVA
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
jessica.oliva@usdoj.gov

LORINDA LARYEA
Chief, Fraud Section
CHRISTOPHER WENGER
SHANE BUTLAND
Trial Attorneys
U.S. Department of Justice
Criminal Division, Fraud Section
1400 New York Avenue, N.W.
Washington, D.C. 20005
(202) 445-9670
christopher.wenger@usdoj.gov

*Attorneys for the United States*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>STEPHEN DUBIN, M.D.,<br><br>Defendant. | Case No. 2:26-CR-00166-CDS-BNW<br><br>**Stipulation and Proposed Order to Continue Pretrial Motions Deadline and Trial Date (First Request)** |

IT IS HEREBY STIPULATED AND AGREED by and between the parties, through undersigned counsel, that the pretrial motions and notice of defense deadline set for September 13, 2026; calendar call set for October 13, 2026, at 9:30 a.m.; and the trial scheduled for October 19, 2026 at 9:30 a.m.; be vacated and set to dates and times

convenient to this Court, but no sooner than seven months from the current settings. This stipulation is entered into for the following reasons:

1. The indictment in this case alleges a years-long health care fraud scheme and conspiracy to commit health care fraud, and it further alleges multiple theories as to why the claims at issue in the alleged scheme and conspiracy are false and fraudulent. Discovery is voluminous (at least several hundred thousand pages), including, but not limited to, extensive medical records and claims data; multiple email accounts; witness interviews; corporate communications records; and financial records. In light of the scope and complexity of the charged crimes, as well as the extensive nature of discovery, counsel for defendant Dubin requires additional time to review and analyze discovery so as to determine whether to file any pretrial motions; and counsel for the parties require additional time for effective preparation for trial, taking into account the exercise of due diligence.

2. Counsel for defendant Dubin will be in trial in another district in January 2027, which trial is expected to last approximately three to four weeks; and counsel for defendant Dubin will be out of the country in March 2027.

3. The parties anticipate trial in this case will last approximately three weeks.

4. Defendant Dubin is not in custody and does not object to the continuance.

5. The parties agree to the continuance.

6. The additional time requested herein is not sought for purposes of delay, but the need for additional time for the parties to effectively prepare for trial, taking into account the exercise of due diligence.

7. Denial of this request for continuance would result in a miscarriage of justice, and the ends of justice served by granting this request outweigh the best interests of

the public and the defendant in a speedy trial. The additional time requested in this stipulation is excludable in computing the time within which the trial in this matter must commence under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), in light of the factors under 18 U.S.C. § 3161(h)(7)(B)(i) and (iv).

8. This is the first request for a continuance of the trial dates.

**CONCLUSIONS OF LAW**

9. The ends of justice served by granting said continuance outweigh the best interest of the public and the defendant in a speedy trial, since the failure to grant said continuance would be likely to result in a miscarriage of justice, would deny the parties herein sufficient time and the opportunity within which to be able to effectively and thoroughly prepare for trial, taking into account the exercise of due diligence. The continuance sought herein is excusable under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), when the considering the factors under 18 U.S.C. § 3161(h)(7)(B)(i) and (iv).

DATED this 21st day of August, 2026.

Respectfully submitted,

TODD BLANCHE
Attorney General

*/s/ Jessica Oliva*
JESSICA OLIVA
Assistant United States Attorney

LORINDA LARYEA
Chief, Fraud Section

*/s/ Christopher Wenger*
CHRISTOPHER WENGER
Trial Attorney

*/s/ Mark Kriger*
MARK KRIGER, ESQ.
for Defendant DUBIN

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>STEPHEN DUBIN, M.D.,<br>Defendant. | Case No. 2:26-CR-00166-CDS-BNW |

**[Proposed] Order Granting Stipulation to Continue Pretrial Motions Deadline and Trial Date**

**FINDINGS OF FACT**

Based on the parties' stipulation to continue the trial date, and good cause appearing therefore, the Court finds that:

1. The indictment in this case alleges a years-long health care fraud scheme and conspiracy to commit health care fraud, and it further alleges multiple theories as to why the claims at issue in the alleged scheme and conspiracy are false and fraudulent. Discovery is voluminous (at least several hundred thousand pages), including, but not limited to, extensive medical records and claims data; multiple email accounts; witness interviews; corporate communications records; and financial records. In light of the scope and complexity of the charged crimes, as well as the extensive nature of discovery, counsel for defendant Dubin requires additional time to review and analyze discovery so as to determine whether to file any pretrial motions; and counsel for the parties require additional time for effective preparation for trial, taking into account the exercise of due diligence.

2. Counsel for defendant Dubin will be in trial in another district in January 2027, which trial is expected to last approximately three to four weeks; and counsel for defendant Dubin will be out of the country in March 2027.

3. The parties anticipate trial in this case will last approximately three weeks.

4. Defendant Dubin is not in custody and does not object to the continuance.

5. The parties agree to the continuance.

6. The additional time requested herein is not sought for purposes of delay, but the need for additional time for the parties to effectively prepare for trial, taking into account the exercise of due diligence.

7. Denial of this request for continuance would result in a miscarriage of justice, and the ends of justice served by granting this request outweigh the best interests of the public and the defendant in a speedy trial. The additional time requested in this stipulation is excludable in computing the time within which the trial in this matter must commence under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), in light of the factors under 18 U.S.C. § 3161(h)(7)(B)(i) and (iv).

8. This is the first request for a continuance of the trial dates.

## CONCLUSIONS OF LAW

9. The ends of justice served by granting said continuance outweigh the best interest of the public and the defendant in a speedy trial, since the failure to grant said continuance would be likely to result in a miscarriage of justice, would deny the parties herein sufficient time and the opportunity within which to be able to effectively and thoroughly prepare for trial, taking into account the exercise of due diligence. The continuance sought herein is excusable under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), when the considering the factors under 18 U.S.C. § 3161(h)(7)(B)(i) and (iv).

**ORDER**

IT IS HEREBY ORDERED that pretrial motions and notices of defense must be filed no later than ________________________________.

IT IS FURTHER ORDERED that the calendar call currently scheduled for October 13, 2026, at the hour of 9:30 a.m. be continued to ___________________ at the hour of ________ in Las Vegas Courtroom 6B before Judge Cristina D. Silva.

IT IS FURTHER ORDERED that exhibit lists, proposed voir dire, proposed jury instructions, and trial briefs are due by ___________________.

IT IS FURTHER ORDERED that the trial currently scheduled for October 19, 2026, at the hour of 9:30 a.m. be continued to ___________________ at the hour of ________ in Las Vegas Courtroom 6B before Judge Cristina D. Silva.

DATED this _____ day of August, 2026.

________________________________________
HONORABLE CRISTINA D. SILVA
UNITED STATES DISTRICT JUDGE