**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

UNITED STATES OF AMERICA,

Plaintiff,

v.

STEPHEN DUBIN, M.D.,

Defendant

Case No. 2:26-cr-00166-CDS-BNW

**Findings of Fact, Conclusions of Law, and Order**

## FINDINGS OF FACT

Based on the parties' stipulation to continue the trial date, and good cause appearing therefore, the Court finds that:

1. The indictment in this case alleges a years-long health care fraud scheme and conspiracy to commit health care fraud, and it further alleges multiple theories as to why the claims at issue in the alleged scheme and conspiracy are false and fraudulent. Discovery is voluminous (at least several hundred thousand pages), including, but not limited to, extensive medical records and claims data; multiple email accounts; witness interviews; corporate communications records; and financial records. In light of the scope and complexity of the charged crimes, as well as the extensive nature of discovery, counsel for defendant Dubin requires additional time to review and analyze discovery so as to determine whether to file any pretrial motions; and counsel for the parties require additional time for effective preparation for trial, taking into account the exercise of due diligence.

2. Counsel for defendant Dubin will be in trial in another district in January 2027, which trial is expected to last approximately three to four weeks; and counsel for defendant Dubin will be out of the country in March 2027.

3. The parties anticipate trial in this case will last approximately three weeks.

4. Defendant Dubin is not in custody and does not object to the continuance.

5. The parties agree to the continuance.

6. The additional time requested herein is not sought for purposes of delay, but the need for additional time for the parties to effectively prepare for trial, taking into account the exercise of due diligence.

7. Denial of this request for continuance would result in a miscarriage of justice, and the ends of justice served by granting this request outweigh the best interests of the public and the defendant in a speedy trial. The additional time requested in this stipulation is excludable in computing the time within which the trial in this matter must commence under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), in light of the factors under 18 U.S.C. § 3161(h)(7)(B)(i) and (iv).

8. This is the first request for a continuance of the trial dates.

**CONCLUSIONS OF LAW**

9. The ends of justice served by granting said continuance outweigh the best interest of the public and the defendant in a speedy trial, since the failure to grant said continuance would be likely to result in a miscarriage of justice, would deny the parties herein sufficient time and the opportunity within which to be able to effectively and thoroughly prepare for trial, taking into account the exercise of due diligence. The continuance sought herein is excusable under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), when the considering the factors under 18 U.S.C. § 3161(h)(7)(B)(i) and (iv).

**ORDER**

IT IS HEREBY ORDERED that pretrial motions and notices of defense must be filed no later than April 6, 2027.

IT IS FURTHER ORDERED that the calendar call currently scheduled for October 13, 2026, at 9:30 a.m. is continued to May 11, 2027 at 9:30 a.m. in Las Vegas Courtroom 6B before Judge Cristina D. Silva.

IT IS FURTHER ORDERED that exhibit lists, proposed voir dire, proposed jury instructions, and trial briefs are due by May 11, 2027.

IT IS FURTHER ORDERED that the trial currently scheduled for October 19, 2026, at 9:30 a.m. is continued to May 17, 2027 at 9:30 a.m. in Las Vegas Courtroom 6B before Judge Cristina D. Silva.

Dated: August 21, 2026

HONORABLE CRISTINA D. SILVA
UNITED STATES DISTRICT JUDGE